COURTLAND DEWAYNE LINDSAY, Plaintiff–Appellant

v.

WHITEHOUSE POLICE DEPARTMENT; Tyler Fire and Emergency, Tyler, TX 75701–09; City of Whitehouse, Patrol Unit 101 Bascom Whitehouse, TX 75791; Officer Bryand; Officer S. Johnson, Whitehouse PD, Defendants–Appellees.

No. 14–40945
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 18, 2015.

Courtland Dewayne Lindsay, Tyler, TX, pro se.

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The district court dismissed Lindsay's Amended Complaint for failure to provide a short and plain statement of the grounds for federal jurisdiction or such a statement of a claim showing that he is entitled to relief.[1] *See* Fed.R.Civ.P. 8(a). Lindsay's largely unintelligible brief on appeal can-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. The Amended Complaint stated: Here is my Amended Complaint. Motion to policy under

the fundamental philosophy of the American constitutional form of representative government that adheres to the principle that government is the servant and not the master of the people. Citing page 2 of 115 of Government Code Subchapter A. General Provisions.

not cure, and does not even address, these deficiencies in his pleading. His appeal is accordingly DISMISSED.